**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) ) | Chapter 11 |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM HOLDINGS, INC., et al.,[1] | ) | Case No. 19-22312 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| WINDSTREAM HOLDINGS, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Adv. Pro. No. 19-08246 |
| vs. | ) | |
| | ) | |
| CHARTER COMMUNICATIONS, INC. and | ) | |
| CHARTER COMMUNICATIONS OPERATING, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**AFFIDAVIT OF SERVICE**

I, Jennifer Westwood, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On April 12, 2019, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; via Overnight Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**; and via First Class Mail upon the service list attached hereto as **Exhibit E**:

- **Debtors' Reply in Support of Their Motion for Temporary Restraining Order, Preliminary Injunction and Other Equitable Relief** [Docket No. 17]

---

[1] The last four digits of Debtor Windstream Holdings, Inc.'s tax identification number are 7717. Due to the large number of debtor entities in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://www.kccllc.net/windstream. The location of the Debtors' service address for purposes of these chapter 11 cases is: 4001 North Rodney Parham Road, Little Rock, Arkansas 72212.

Furthermore, on April 12, 2019, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; via Overnight Mail upon the service lists attached hereto as **Exhibit C**, **Exhibit D**, and **Exhibit F**; and via Facsimile upon the service list attached hereto as **Exhibit G**:

- **Agenda for Hearing; to be Held on April 15, 2019 at 10:00 a.m. (Prevailing Eastern Time)** [Docket No. 19]

Dated: April 15, 2019

_Jennifer Westwood_
Jennifer Westwood

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of San Diego

Subscribed and sworn to (or affirmed) before me on this 15th day of April, 2019, by Jennifer Westwood, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JASON BOUGHNER
COMM. # 2254015
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
MY COMM. EXP. AUG. 14, 2022

# Exhibit A

**Exhibit A**
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 50 Creditor | Actiontec Electronics | Tong Khuc, VP | TKHUC@ACTIONTEC.COM |
| Top 50 Creditor | Adtran | Attn Director or Officer | keith.kalman@adtran.com |
| Counsel for for Accedian Networks Inc. | Alston & Bird LLP | John W. Weiss and William Hao | john.weiss@alston.com; william.hao@alston.com |
| Counsel for BOKF, N.A., solely in its capacity as Successor Trustee | Arent Fox LLP | Andrew I. Silfen and Jordana L. Renert | andrew.silfen@arentfox.com; jordana.renert@arentfox.com |
| Arkansas Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | oag@ArkansasAG.gov |
| Counsel for AT&T Corp. and certain of its affiliates and subsidiaries | Arnold & Porter Kaye Scholer LLP | Brian J. Lohan and Ginger Clements | brian.lohan@arnoldporter.com; ginger.clements@arnoldporter.com |
| Counsel for AT&T Corp. and certain of its affiliates and subsidiaries | Arnold & Porter Kaye Scholer LLP | Peta Gordon | peta.gordon@arnoldporter.com |
| Counsel for AT&T Corp. and certain of its affiliates and subsidiaries and Official Committee of Unsecured Creditors | AT&T Services Legal Department | James W. Grudus, Esq. | james.grudus@att.com |
| Counsel to Aurelius Capital Master, Ltd. | Aurelius Capital Master, Ltd. | Robbins, Russell, Englert, Orseck, Untereinger & Sauber LLP | wtrunk@robbinsrussell.com |
| Counsel for for AppDirect, Inc. | Ballard Spahr LLP | Tobey M. Daluz and Chantelle D. McClamb | daluzt@ballardspahr.com; mcclambc@ballardspahr.com |
| Counsel for Tri Tower Telecom Corporation | Barclay Damon LLP | Beth Ann Binvona and John R. Weider | bbivona@barclaydamon.com; jweider@barclaydamon.com |
| Counsel for Cisco Systems Capital Corporation | Bialson, Bergen & Schwab, a Professional Corporation | Lawrence M. Schwab and Thomas M. Gaa | Tgaa@bbslaw.com |
| Interested Party | BMC Group, Inc. | T. Feil and Steven Ordaz | sordaz.bmcgroup@ecfalerts.com |
| Counsel for ADTRAN, Inc. | Bradley Arant Boult Cummings, LLP | Jay R. Bender, Cathleen C. Moore | jbender@bradley.com; ccmoore@bradley.com |
| Counsel for Communication Data Link, LLC | Brick Gentry, P.C. | Thomas L. Flynn | Tom.flynn@brickgentrylaw.com |
| Counsel for Gallagher Fiduciary Advisors, LLC | Bryan Cave Leighton Paisner LLP | Keith M. Aurzada, Michael P. Cooley, and Lindsey Robin | Keith.Aurzada@bclplaw.com; Michael.Cooley@bclplaw.com; Lindsey.Robin@bclplaw.com |
| Counsel for Delaware Trust Company | Bryan Cave Leighton Paisner LLP | Stephanie Wickouski and Jeremy Finkelstein | stephanie.wickouski@bclplaw.com; jeremy.finkelstein@bclplaw.com |
| Counsel for Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson | schristianson@buchalter.com |
| Counsel for Altec Capital Services, LLC | Burr & Forman LLP | Joe A. Joseph and Regan Loper | jjoseph@burr.com; rloper@burr.com |
| Counsel for Altec Capital Services, LLC | Burr & Forman LLP | Richard R. Robinson | rrobinson@burr.com |
| Top 50 Creditor | CBRE Inc | Attn Director or Officer | Corpcomm@cbre.com; lew.horne@cbre.com |
| Top 50 Creditor | Centurylink | General Counsel | stacey.goff@centurylink.com |
| Agent under the Revolver and Term Loan Credit Agreements | Chase Bank, N.A. | George D. Ionas | george.d.ionas@jpmorgan.com |
| Counsel for Berkley Insurance Company and Aspen American Insurance Company | Chiesa Shahinian & Giantomasi PC | Armen Shahinian | ashahinian@csglaw.com |
| Counsel for Berkley Insurance Company and Aspen American Insurance Company | Chiesa Shahinian & Giantomasi PC | Beth J. Rotenberg | brotenberg@csglaw.com |
| Counsel for Aspen American Insurance Company and Berkley Insurance Company | Chiesa Shahinian & Giantomasi PC | Jonathan Bondy | jbondy@csglaw.com |

Exhibit A

Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Berkley Insurance Company and Aspen American Insurance Company | Chiesa Shahinian & Giantomasi PC | Scott A. Zuber | szuber@csglaw.com |
| Counsel to Communication Workers of America, AFL-CIO | Cohen, Weiss and Simon LLP | Richard M. Seltzer and Melissa S. Woods | rseltzer@cwsny.com; Mwoods@cwsny.com |
| Counsel for Hancock Reit Proscenium LLC and Hancock S-REIT Atl Corp | Coleman & Dempsey, LLP | Arlene L. Coleman | acoleman@coleman-dempsey.com |
| Counsel for the Texas Comptroller of Public Accounts | Comptroller of Public Accounts of the State of Texas | Courtney J. Hull, Assistant Attorney General | courtney.hull@oag.texas.gov |
| Top 50 Creditor | Cox Communications | Attn Director or Officer | coxcorp.customerrelations@cox.com; Victor.Cooper@cox.com |
| Counsel for Admin Agent | Davis Polk & Wardwell LLP | Brian M. Resnick and David Schiff | brian.resnick@davispolk.com; david.schiff@davispolk.com |
| Counsel for Uniti Group Inc. | Davis Polk & Wardwell LLP | Marshall S. Huebner, Eli J. Vonnegut, James M. Millerman | uniti.routing@davispolk.com |
| Counsel for DIP Agent | Davis Polk & Wardwell LLP | Timothy Graulich and Natasha Tsiouris | timothy.graulich@davispolk.com; natasha.tsiouris@davispolk.com; windstream.citi.routing@davispolk.com |
| US Department of Justice | Department of Justice US Attorney General | Commercial Litigation Branch | askdoj@usdoj.gov |
| Counsel to TFC McDowell LLC | DLA Piper LLP (US) | Rachel Ehrlich Albanese | rachel.albanese@dlapiper.com |
| Counsel to TFC McDowell LLC | DLA Piper LLP (US) | Richard M. Kremen and Virginia R. Callahan | richard.kremen@dlapiper.com; virginia.callahan@dlapiper.com |
| Top 50 Creditor | Ensono LP | Attn Director or Officer | JUDY.RASMUSSEN@ENSONO.COM; richard.dresden@ensono.com |
| Top 50 Creditor | Equinix Inc | Attn Director or Officer | bgalvin@equinix.com |
| Top 50 Creditor | Equinix Inc | Attn Director or Officer | collections@equinix.com |
| Top 50 Creditor | Exclusive Networks USA | Fred Silverman | FSilverman@exclusive-networks.com |
| Top 50 Creditor | Fast Track Construction | Attn Director or Officer | CAROLYN@FASTTRACKTEXAS.COM |
| Federal Communications Commission | Federal Communications Commission | Attn General Counsel | thomas.johnson@fcc.gov |
| Counsel for Georgia Power Company, Southern Company Services, Inc., and Southern Telecom, Inc. | FisherBroyles, LLP | Hollace T. Cohen | hollace.cohen@fisherbroyles.com |
| Counsel for Georgia Power Company, Southern Company Services, Inc., and Southern Telecom, Inc. | FisherBroyles, LLP | Thomas R. Walker | thomas.walker@fisherbroyles.com |
| Counsel for Actiontec Electronics, Inc. | Foley & Lardner LLP | Leah M. Eisenberg | leisenberg@foley.com |
| Counsel for Actiontec Electronics, Inc. | Foley & Lardner LLP | Victor A. Vilaplana | vavilaplana@foley.com |
| Top 50 Creditor | Forsythe Solutions Group Inc | Attn Director or Officer | thoffman@forsythe.com |
| Counsel for Omaha Public Power District | Fraser Stryker PC LLO | Stephen M. Bruckner, Mark R. O'siochain and Steven R. Hogan II | sbruckner@fraserstryker.com; shogan@fraserstryker.com; mosiochain@fraserstryker.com |
| Counsel for BOKF, N.A., solely in its capacity as Successor Trustee | Frederic Dorwart, Lawyers PLLC | Samuel S. Ory | sory@fdlaw.com |
| Top 50 Creditor | Frontier Communications | General Counsel | mark.nielsen@ftr.com |
| Counsel for Santander Bank, N.A. | Gebhardt & Smith LLP | Michael D. Nord | Mnord@gebsmith.com |
| Top 50 Creditor | General Datatech LP | Attn Director or Officer | legal@gdt.com |
| Georgia Attorney General | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |

**Exhibit A**

Master Service List

Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 50 Creditor | Globe Communications Inc | Attn Director or Officer | rustylundy@globeinc.com |
| Counsel for SunTrust Equipment Finance & Leasing Corp. | Gordon Rees Scully Mansukhani LLP | Megan M. Adeyemo | madeyemo@grsm.com |
| Counsel for NW 230 Congress Street Property Owner LLC | Halperin Battaglia Benzija, LLP | Donna H. Lieberman | dlieberman@halperinlaw.net |
| Counsel for Landlord DAR Enterprises, L.L.C. | Halperin Battaglia Benzija, LLP | Donna H. Lieberman | dlieberman@halperinlaw.net |
| Top 50 Creditor | Housley Communications Inc | Attn Director or Officer | info@hc-inc.com |
| Counsel for Ribbon Communications Operating Company, Inc. | Hunton Andrews Kurth LLP | Gregory G. Hesse | ghesse@huntonak.com |
| Counsel for Ribbon Communications Operating Company, Inc. | Hunton Andrews Kurth LLP | Michael S. Legge | mlegge@huntonak.com |
| Top 50 Creditor | Infinera | Attn Director or Officer | dheard@infinera.com |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Iowa Attorney General | Iowa Attorney General | Attn Bankruptcy Department | IDR.Bankruptcy@ag.iowa.gov |
| Counsel for U.S. TelePacific Corp. | J. Scott Bovitz | | bovitz@bovitz-spitzer.com |
| Counsel for Robert Murray, Lead Plaintiff | Johnson Fistel, LLP | W. Scott Holleman | scotth@johnsonfistel |
| Agent under the Revolver and Term Loan Credit Agreements | JPMorgan Chase Bank, N.A., | Timothy D. Lee | timothy.d.lee@jpmorgan.com |
| Counsel for UMB Bank, National Association, as Indenture Trustee | Kelley Drye & Warren LLP | James S. Carr, Eric R. Wilson, and Benjamin D. Feder | jcarr@kelleydrye.com; ewilson@kelleydrye.com; bfeder@kelleydrye.com |
| Counsel for Fusion Connect, Inc., on behalf of its various subsidiaries | Kelley Drye & Warren LLP | Kristin S. Elliott and Eric R. Wilson | KDWBankruptcyDepartment@kelleydrye.com; kelliott@kelleydrye.com; ewilson@kelleydrye.com |
| Proposed Debtors' Counsel | Kirkland & Ellis LLP | Marc Kieselstein;Ross M. Kwasteniet;Brad Weiland;John R. Luze | mkieselstein@kirkland.com; rkwasteniet@kirkland.com; bweiland@kirkland.com; john.luze@kirkland.com |
| Proposed Debtors' Counsel | Kirkland & Ellis LLP | Stephen E. Hessler;Susan D. Golden;Cristine Pirro;George Klidonas | shessler@kirkland.com; susan.golden@kirkland.com; cristine.pirro@kirkland.com; george.klidonas@kirkland.com |
| Counsel for NW 230 Congress Street Property Owner LLC | Law Offices of Kevin S. Neiman | Kevin S. Neiman | kevin@ksnpc.com |
| Top 50 Creditor and Official Committee of Unsecured Creditors | LEC Services Inc | David S. Crossley, Chief Opera | DSCROSSLEY@ISP.COM |
| Top 50 Creditor | Level 3 Communications, LLC | C/O Centurylink | stacey.goff@centurylink.com |
| Counsel for Bexar County | Linebarger Goggan Blair & Sampson, LLP | David G. Aelvoet | sanantonio.bankruptcy@publicans.com |
| Cousel for Iredell ISD, Kleberg County, Raymondville ISD, et al. (Hidalgo County) | Linebarger Goggan Blair & Sampson, LLP | Diane Wade Sanders | austin.bankruptcy@lgbs.com |
| Counsel for Dallas County | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Counsel for U.S. Bank, National Association, as Indenture Trustee | Loeb & Loeb LLP | Walter H. Curchack and Vadim J. Rubinstein | wcurchack@loeb.com; vrubinstein@loeb.com |
| Counsel for Robert Murray, Lead Plaintiff | Lowenstein Sandler LLP | Michael S. Etkin and Andrew Behlmann | metkin@lowenstein.com; abehlmann@lowenstein.com |

In re Windstream Holdings, Inc., et al.
Case No. 19-22312 (RDD)

Page 3 of 6

Exhibit A
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for GTT Communications, Inc. | Marcus & Shapira LLP | Darlene M. Nowak and Scott Livingston | nowak@marcus-shapira.com; livingston@marcus-shapira.com |
| Counsel for U.S. TelePacific Corp. | Marilyn Macron, P.C. | Marilyn Cowhey Macron | marilyn@marilynmacron.com |
| Counsel for U.S. Bank, National Association, as Indenture Trustee | Maslon LLP | Clark T. Whitmore and Jason Reed | Clark.Whitmore@maslon.com; Jason.Reed@maslon.com |
| Counsel for Columbia Office Properties, LLC | Mayer Brown LLP | Frederick D. Hyman, Christine A. Walsh | fhyman@mayerbrown.com; cwalsh@mayerbrown.com |
| Counsel for New York Football Giants, Inc. | McCarter & English LLP | John R Stoelker | jstoelker@mccarter.com |
| Counsel for the Texas Taxing Jurisdictions | McCreary, Veselka, Bragg & Allen, P.C. | Tara LeDay | tleday@mvbalaw.com |
| Counsel for Sprint Communications Company, LP | MCGUIREWOODS LLP | David I. Swan, Thuc-Doan Phan | dswan@mcguirewoods.com; dphan@mcguirewoods.com |
| Counsel for Sprint Communications Company, LP | MCGUIREWOODS LLP | Nathan Greenberg | ngreenberg@mcguirewoods.com |
| Top 50 Creditor | Microsoft | Attn Director or Officer | buscond@microsoft.com |
| Counsel to Ad Hoc Group of Second Lien Noteholders | Milbank LLP | Dennis F. Dunne | ddunne@milbank.com |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | Attorney.General@ag.state.mn.us |
| Missouri Attorney General | Missouri Attorney General | Attn Bankruptcy Department | attorney.general@ago.mo.gov |
| Missouri Department of Revenue | Missouri Department of Revenue, Bankruptcy Unit | Steven A. Ginther | sdnyecf@dor.mo.gov |
| Counsel for Acxiom LLC | Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. | Stan. D Smith | ssmith@mwlaw.com |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Morrison & Foerster LLP | Lorenzo Marinuzzi, Brett H. Miller, Todd M. Goren, Jennifer L. Marines, and Erica J. Richards | LMarinuzzi@mofo.com; BrettMiller@mofo.com; TGoren@mofo.com; JMarines@mofo.com; ERichards@mofo.com |
| Counsel for GLM DFW, Inc. | Munsch Hardt Kopf & Harr, P.C. | Thomas D. Berghman, Davor Rukavina | tberghman@munsch.com; drukavina@munsch.com |
| Counsel for Cyient, Inc. | Murtha Cullina LLP | Robert E. Kaelin | rkaelin@murthalaw.com |
| Nebraska Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | ago.info.help@nebraska.gov |
| Counsel for California Public Employees' Retirement System ("CalPERS") | Nixon Peabody LLP | Louis J. Cisz, III | lcisz@nixonpeabody.com |
| North Carolina Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | dlennon@ncdoj.gov |
| Counsel for the Board of Directors of Windstream Holdings, Inc. | Norton Rose Fulbright US LLP | Kristian W. Gluck | kristian.gluck@nortonrosefulbright.com |
| Counsel for the Board of Directors of Windstream Holdings, Inc. | Norton Rose Fulbright US LLP | Louis R. Strubeck, Jr. and James A. Copeland | louis.strubeck@nortonrosefulbright.com; james.copeland@nortonrosefulbright.com |
| Counsel for the New York State Department of Taxation and Finance | NYS Department of Taxation and Finance | Amanda Hiller, Deputy Commissioner, Jeffrey K. Cymbler District Tax Attorney | Jeffrey.Cymbler@tax.ny.gov |
| Counsel for Oakland Schools | Oakland Schools | Sherry McMillan | Tonia.Wernette@oakland.k12.mi.us |
| US Trustee | Office of the United States Trustee | William K Harrington | paul.schwartzberg@usdoj.gov |

In re Windstream Holdings, Inc., et al.
Case No. 19-22312 (RDD)

Page 4 of 6

**Exhibit A**

Master Service List

Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| United States Attorneys Office SDNY | Office of US Attorney SDNY | Attn Tax & Bankruptcy Unit | Jeffrey.Oestericher@usdoj.gov |
| Counsel for Velocloud Networks, LLC, a VMware company | Orrick, Herrington & Sutcliffe LLP | Debra L. Felder | dfelder@orrick.com |
| Counsel for Velocloud Networks, LLC, a VMware company | Orrick, Herrington & Sutcliffe LLP | Lorraine S. McGowen | lmcgowen@orrick.com |
| Top 50 Creditor | Output Services Group Billing | Attn Director or Officer | info@osgbilling.com |
| Counsel for Zayo Group, LLC | Pachulski Stang Ziehl & Jones LLP | Debra I. Grassgreen and John W. Lucas | dgrassgreen@pszjlaw.com; jlucas@pszjlaw.com |
| Counsel to Ad Hoc Group of First Lien Term Lenders | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Andrew N. Rosenberg, Brian S. Hermann, Samuel E. Lovett, Michael S. Rudnick | arosenberg@paulweiss.com; bhermann@paulweiss.com; slovett@paulweiss.com; mrudnick@paulweiss.com |
| Counsel for Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Desiree M. Amador | Amador.Desiree@pbgc.gov; efile@pbgc.gov |
| Counsel for Ensono, LLP | Pepper Hamilton LLP | David B. Stratton, Evelyn J. Meltzer and Kenneth A. Listwak | strattond@pepperlaw.com; meltzere@pepperlaw.com; listwakk@pepperlaw.com |
| Counsel for United Call Center Solutions, LLC | Pepper Hamilton, LLP | Henry J. Jaffe and Kenneth A. Listwak | jaffeh@pepperlaw.com; listwakk@pepperlaw.com |
| Counsel for Andrews County Tax Office, et al | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | c o Laura J. Monroe | lmbkr@pbfcm.com |
| Counsel for Holiday Inpendent School District, City of Wichita Falls, Wichita Falls Independent School District, et al. | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | c/o Jeanmarie Baer | jbaer@pbfcm.com |
| Counsel for Austin County Appraisal District, Burkeville Independent School District, Chambers County Tax Office, et al. | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | c/o Owen M. Sonik | osonik@pbfcm.com |
| Counsel for Sho-Me Technologies, LLC, Sho-Me Power Electric Cooperative, Gascosage Electric Cooperative;and Pearce Services | Polsinelli PC | Brenna A. Dolphin | bdolphin@polsinelli.com |
| Counsel for Sho-Me Technologies, LLC, Sho-Me Power Electric Cooperative, Gascosage Electric Cooperative;and Pearce Services | Polsinelli PC | Jeremy R. Johnson | jeremy.johnson@polsinelli.com |
| Public Service Commission of the State of New York | Public Service Commission of the State of New York | John C. Graham | john.graham@dps.ny.gov |
| Top 50 Creditor | Qwest Corp | C/O Centurylink | stacey.goff@centurylink.com |
| Counsel for Fifth Third Bank | Reed Smith LLP | Christopher A. Lynch and Richard J. Tannenbaum | clynch@reedsmith.com; rtannenbaum@reedsmith.com |
| Counsel for Wilmington Trust, National Association, as indenture trustee for the holders of 10.500% Second Lien Notes due June 20, 2024 and 9.00% Second Lien Notes due June 30, 2025 | Reed Smith LLP | Kurt F. Gwynne and Jason D. Angelo | kgwynne@reedsmith.com; jangelo@reedsmith.com |
| Counsel for Robert Murray, Lead Plaintiff | Robbins Geller Rudman & Dowd LLP | Randall J. Baron, David A. Knotts and Eun Jin Lee | dknotts@rgrdlaw.com; elee@rgrdlaw.com |

**Exhibit A**

Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Galleria Operating Co, Inc. | Robinson Brog Leinwand Greene Genovese & Gluck P.C. | Fred B. Ringel | fbr@robinsonbrog.com |
| Counsel for Element Fleet Corporation (formerly known as Gelco Corporation) | Saul Ewing Arnstein & Lehr LLP | John D. Demmy | john.demmy@saul.com |
| Counsel for SBA Communications Corporation, Equinix, Inc. and CBRE, Inc. | Saul Ewing Arnstein & Lehr LLP | Lucian B. Murley | luke.murley@saul.com |
| Securities and Exchange Commission Headquarters | Securities and Exchange Commission | Attn General Counsel | SECBankruptcy-OGC-ADO@sec.gov; NYROBankruptcy@sec.gov |
| Securities and Exchange Commission NY Regional | Securities and Exchange Commission NY Regional Office | Andrew Calamari Regional Director | bankruptcynoticeschr@sec.gov |
| Counsel for the Dycom Entities and TCS Communications, LLC | Shearman & Sterling LLP | Fredric Sosnick and Sara Coelho | fsosnick@shearman.com; sara.coelho@shearman.com |
| Counsel to the Ad Hoc Group of Midwest Noteholders | Shearman & Sterling LLP | Joel Moss and Jordan A. Wishnew | joel.moss@shearman.com; jordan.wishnew@shearman.com |
| Counsel for JPMorgan Chase Bank, N.A. | Simpson Thacher & Bartlett LLP | Sandeep Qusba, Nicholas E. Baker, and Jamie J. Fell | squsba@stblaw.com; nbaker@stblaw.com; jamie.fell@stblaw.com |
| Counsel to Conduent Commercial Solutions LLC | Singer & Levick, PC | Michelle E. Shriro | mshriro@singerlevick.com |
| Counsel for MAP Ground Lease Owner LLC and Plymouyh TFC, General Partnership | Sirlin Lesser & Benson, P.C. | Dana S. Plon | dplon@sirlinlaw.com |
| Counsel for Cyrus One | Sprouse Law Firm | Marvin E. Sprouse III | msprouse@sprousepllc.com |
| Counsel to Transaction Network Services, Inc. | Squire Patton Boggs (US) LLP | Christopher J. Giaimo and Jeffrey N. Rothleder | christopher.giaimo@squirepb.com; jeffrey.rothleder@squirepb.com |
| Counsel for Prodapt North America, Inc., and USIC LLC | Squire Patton Boggs (US) LLP | Stephen D. Lerner | stephen.lerner@squirepb.com |
| Counsel for POTA JV, LLC | Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation | Peter C. D'Apice | dapice@sbep-law.com |
| Top 50 Creditor | T3 Wireless Inc | Chris Crowe, President | info@t3wireless.net |
| Top 50 Creditor | Time Warner Cable | Legal Department | serena.parker@charter.com |
| Top 50 Creditor | Trawick Construction Co | Attn Director or Officer | doug.trawick@trawickconstruction.com |
| Environmental Protection Agency (US) | US Environmental Protection Agency | Mail Code 2310A, Office of General Counsel | Leopold.matt@Epa.gov |
| Counsel for Sequential Technology International, LLC | Vedder Price P.C. | Michael L. Schein | mschein@vedderprice.com |
| Top 50 Creditor and Official Committee of Unsecured Creditors | VeloCloud Networks, Inc. | Brooks Beard and Doug Loi | bbeard@vmware.com; dloi@vmware.com |
| Top 50 Creditor | Verizon Communications | General Counsel | craig.silliman@verizon.com |
| Counsel for Viavi Solutions | Vogel Bach & Horn, LLP | Heike M. Vogel and Eric H. Horn | hvogel@vogelbachpc.com; ehorn@vogelbachpc.com |
| Indenture Trustee to the 10.5% and 9% Notes | Wilmington Trust National Association | Global Capital Markets | RRitrovato@WilmingtonTrust.com; SCimalore@WilmingtonTrust.com |
| Counsel to Pinehurst Centre Property, LLC | Wolcott Rivers Gates | Cullen D. Speckhart | cspeckhart@wolriv.com |
| Counsel for BTC Block 20 Partnership, LP | Woods Oviatt Gilman LLP | Timothy P. Lyster | tlyster@woodsoviatt.com |
| Counsel for BTC Block 20 Partnership, LP | Woods Oviatt Gilman LLP | William F. Savino | Wsavino@woodsoviatt.com |
| Top 50 Creditor | Zayo Group | Attn Director or Officer | brad.korch@zayo.com; shira.cooks@zayo.com |

In re Windstream Holdings, Inc., et al.
Case No. 19-22312 (RDD)

Page 6 of 6

# Exhibit B

**Exhibit B**

Affected Parties

Served via Electronic Mail

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Charter Communications Operating, LLC | c/o Brian W. Hockett and John Kingston | jkingston@thompsoncoburn.com; bhockett@thompsoncoburn.com |

# Exhibit C

**Exhibit C**

Chambers

Served via Overnight Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Chambers | United States Bankruptcy Court | Honorable Judge Drain | 300 Quarropas Street Rm 248 | Chambers Copy | White Plains | NY | 10601 |

# Exhibit D

**Exhibit D**

Affected Parties

Served via Overnight Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| CHARTER COMMUNICATIONS OPERATING, LLC | ATTN OFFICER OR DIRECTOR | PO BOX 31129 | | ST LOUIS | MO | 63131-0129 |
| CHARTER COMMUNICATIONS OPERATING, LLC | ATTN OFFICER OR DIRECTOR | PO BOX 790086 | | ST LOUIS | MO | 63179-0086 |
| CHARTER COMMUNICATIONS OPERATING, LLC | ATTN OFFICER OR DIRECTOR | 279 TROWBRIDGE DR | DBA CHARTER COMMUNICATIONS | FOND DU LAC | WI | 54937 |
| CHARTER COMMUNICATIONS OPERATING, LLC | ATTN OFFICER OR DIRECTOR | PO BOX 83180 | | CHICAGO | IL | 60691-0180 |
| CHARTER COMMUNICATIONS OPERATING, LLC | ATTN OFFICER OR DIRECTOR | PO BOX 223085 | | PITTSBURGH | PA | 15251-2085 |
| CHARTER COMMUNICATIONS OPERATING, LLC | ATTN OFFICER OR DIRECTOR | 400 SOUTH TRYON STREET WC30E (30TH FLOOR) | | CHARLOTTE | NC | 28201 |
| CHARTER COMMUNICATIONS OPERATING, LLC | ATTN OFFICER OR DIRECTOR | PO BOX 958248 | | ST LOUIS | MO | 63195-8248 |
| Charter Communications Operating, LLC | c/o Brian W. Hockett and John Kingston | Thompson Coburn LLP | One US Bank Plaza | St Louis | MO | 63101 |
| CHARTER COMMUNICATIONS, INC | ATTN OFFICER OR DIRECTOR | PO BOX 31129 | | ST LOUIS | MO | 63131-0129 |
| CHARTER COMMUNICATIONS, INC | ATTN OFFICER OR DIRECTOR | PO BOX 790086 | | ST LOUIS | MO | 63179-0086 |
| CHARTER COMMUNICATIONS, INC | ATTN OFFICER OR DIRECTOR | 279 TROWBRIDGE DR | DBA CHARTER COMMUNICATIONS | FOND DU LAC | WI | 54937 |
| CHARTER COMMUNICATIONS, INC | ATTN OFFICER OR DIRECTOR | PO BOX 83180 | | CHICAGO | IL | 60691-0180 |
| CHARTER COMMUNICATIONS, INC | ATTN OFFICER OR DIRECTOR | PO BOX 223085 | | PITTSBURGH | PA | 15251-2085 |
| CHARTER COMMUNICATIONS, INC | ATTN OFFICER OR DIRECTOR | 400 SOUTH TRYON STREET WC30E (30TH FLOOR) | | CHARLOTTE | NC | 28201 |
| CHARTER COMMUNICATIONS, INC | ATTN OFFICER OR DIRECTOR | PO BOX 958248 | | ST LOUIS | MO | 63195-8248 |
| CHARTER COMMUNICATIONS, INC | c/o Brian W. Hockett and John Kingston | Thompson Coburn LLP | One US Bank Plaza | St Louis | MO | 63101 |

In re Windstream Holdings, Inc., et al.
Case No. 19-22312 (RDD)

Page 1 of 1

# Exhibit E

**Exhibit E**

Master Service List

Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Alabama Attorney General | Alabama Attorney General | Attn Bankruptcy Department | 501 Washington Ave | | Montgomery | AL | 36104 | |
| Aurelius Capital Management | Aurelius Capital Management | Attn Director or Officer | 535 Madison Avenue, 22nd Fl | | New York | NY | 10022 | |
| Aurelius Capital Master, Ltd. | Aurelius Capital Master, Ltd. | c/o SS&C Fund Services (Cayman) Ltd. | 45 Market Street | Gardenia Court, Camana Bay | Grand Cayman | | KY 1-9003 | Cayman Islands |
| Top 50 Creditor | Ciena Corp | Attn Director or Officer | 7035 Ridge Road | | Hanover | MD | 21076 | |
| Top 50 Creditor | Comcast | Comcast Corporation | Comcast Center | 1701 Jfk Boulevard | Philadelphia | PA | 19103 | |
| Top 50 Creditor | Commscope Technologies LLC | Attn Director or Officer | 1100 Commscope Place, Se | | Hickory | NC | 28602-3619 | |
| Official Committee of Unsecured Creditors | Communication Workers of America, AFL-CIO, CLC | Patricia M. Shea, General Counsel | 501 Third Street, N.W. Suite 301 | | Washington | DC | 20036 | |
| Top 50 Creditor | Conduent Commercial Solutions LLC | Attn Director or Officer | 100 Campus Drive | Suite 200 | Florham Park | NJ | 07932 | |
| Top 50 Creditor and Official Committee of Unsecured Creditors | Crown Castle Fiber | Scott Callahan, Senior Manager of Credit & Collections | 80 Central Street | | Boxborough | MA | 01719 | |
| Top 50 Creditor | Element - Fka PHH | Attn Director or Officer | 655 Business Center Drive, Suite 250 | | Horsham | PA | 19044 | |
| Top 50 Creditor | Fibertech Networks LLC | Attn: Accounts Receivable | 300 Meridian Centre | | Rochester | NY | 14618 | |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | The Capitol PL-01 | | Tallahassee | FL | 32399-1050 | |
| Kentucky Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | 700 Capitol Avenue | Capitol Building, Suite 118 | Frankfort | KY | 40601-3449 | |
| Top 50 Creditor | Metaswitch Networks | Dba: Metaswitch Networks | 12007 Sunrise Valley Dr Ste 250 | | Reston | VA | 20191 | |
| Mississippi Attorney General | Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | Jackson | MS | 39201 | |
| Top 50 Creditor | Miteltechnologies Inc | Attn Director or Officer | 1615 South 52Nd Street | | Tempe | AZ | 85281 | |
| Top 50 Creditor | MP Nexlevel LLC | Attn Director or Officer | 500 County Rd 37 E | | Maple Lake | MN | 55358 | |
| New Mexico Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | Santa Fe | NM | 87501 | |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | Albany | NY | 12224-0341 | |
| New York Attorney General | Office of the NY Attorney General | Attorney General | 120 Broadway 24th Fl | | New York | NY | 10271 | |
| New York Attorney General | Office of the NY Attorney General | Attorney General | The Capitol | | Albany | NY | 12224-0341 | |
| US Trustee | Office of the United States Trustee | William K Harrington | Attn Paul Schwartzberg and Serene Nakano | 201 Varick Street, Suite 1006 | New York | NY | 10014 | |
| Ohio Attorney General | Ohio Attorney General | Attn Bankruptcy Department | 30 E. Broad St. 14th Fl | | Columbus | OH | 43215 | |
| Oklahoma Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | 313 NE 21st St | | Oklahoma City | OK | 73105 | |
| Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | Harrisburg | PA | 17120 | |
| Official Committee of Unsecured Creditors | Pension Benefit Guaranty Corporation | Thomas Taylor, Supervisory Financial Analyst | 1200 K Street N.W. | | Washington | DC | 20005-4026 | |

**Exhibit E**
Master Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Top 50 Creditor | Prodapt | N.A. Headquarters | 7565 Sw Mohawk Street, Building M | | Tualatin | OR | 97062 | |
| Secretary of the State | Secretary of State | Division of Corporations | 99 Washington Ave Ste 600 | One Commerce Plz | Albany | NY | 12231-0001 | |
| Secretary of the State | Secretary of State | | 123 William St | | New York | NY | 10038-3804 | |
| South Carolina Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | Rembert C. Dennis Office Bldg. | 1000 Assembly St Room 519 | Columbia | SC | 29201 | |
| Top 50 Creditor | Tata Consultancy Services Limited | Janarthanan Angiya | 379 Thornal Street, 4Th Floor | | Edison | NJ | 08837 | |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | Austin | TX | 78701 | |
| Top 50 Creditor | Triple D Communications | Danny White | 3006 Park Central Avenue | | Nicholasville | KY | 40356 | |
| Indenture Trustee to the 8.75%, 8.625%, 6 3/8%, 7.5%, and 7.75% Notes | U.S. Bank National Association | Attention: Global Corporate Trust Services | 1349 West Peachtree Street | Suite 1050 | Atlanta | GA | 30309 | |
| Indenture Trustee to the 8.75%, 8.625%, 6 3/8%, 7.5%, and 7.75% Notes | U.S. Bank National Association | c/o US Bank Corporate Trust Services | 60 Livingston Ave. | | St. Paul | MN | 55107 | |
| Official Committee of Unsecured Creditors | UMB Bank | Gavin Wilkinson, Senior Vice President, Corporate Trust | 120 South Sixth St, Ste 1400 | | Minneapolis | MN | 55402 | |
| Top 50 Creditor | USIC Inc | Attn Director or Officer | 9045 North River Road | Suite 300 | Indianapolis | IN | 46240 | |

# Exhibit F

**Exhibit F**
Master Service List
Served via Overnight Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Alabama Attorney General | Alabama Attorney General | Attn Bankruptcy Department | 501 Washington Ave | | Montgomery | AL | 36104 | |
| Aurelius Capital Management | Aurelius Capital Management | Attn Director or Officer | 535 Madison Avenue 22nd Fl | | New York | NY | 10022 | |
| Aurelius Capital Master, Ltd. | Aurelius Capital Master Ltd | c o SS&C Fund Services Cayman Ltd | 45 Market Street | Gardenia Court Camana Bay | Grand Cayman | | KY 1-9003 | Cayman Islands |
| Top 50 Creditor | Ciena Corp | Attn Director or Officer | 7035 Ridge Road | | Hanover | MD | 21076 | |
| Official Committee of Unsecured Creditors | Comm Workers of America AFL-CIO CLC | Patricia M Shea General Counsel | 501 Third Street NW Suite 301 | | Washington | DC | 20036 | |
| Top 50 Creditor | Conduent Commercial Solutions LLC | Attn Director or Officer | 100 Campus Drive | Suite 200 | Florham Park | NJ | 07932 | |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | The Capitol PL-01 | | Tallahassee | FL | 32399-1050 | |
| Kentucky Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | 700 Capitol Avenue | Capitol Building Suite 118 | Frankfort | KY | 40601-3449 | |
| Mississippi Attorney General | Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | Jackson | MS | 39201 | |
| Top 50 Creditor | Miteltechnologies Inc | Attn Director or Officer | 1615 South 52Nd Street | | Tempe | AZ | 85281 | |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol 2nd Fl | Albany | NY | 12224-0341 | |
| New York Attorney General | Office of the NY Attorney General | Attorney General | The Capitol | | Albany | NY | 12224-0341 | |
| US Trustee | Office of the United States Trustee | William K Harrington | Paul Schwartzberg and Serene Nakano | 201 Varick Street Suite 1006 | New York | NY | 10014 | |
| Ohio Attorney General | Ohio Attorney General | Attn Bankruptcy Department | 30 E Broad St 14th Fl | | Columbus | OH | 43215 | |
| Official Committee of Unsecured Creditors | UMB Bank | Gavin Wilkinson Sr VP Corp Trust | 120 South Sixth St Ste 1400 | | Minneapolis | MN | 55402 | |
| Indenture Trustee to the 8.75%, 8.625%, 6 3/8%, 7.5%, and 7.75% Notes | US Bank National Association | Global Corporate Trust Services | 1349 West Peachtree Street | Suite 1050 | Atlanta | GA | 30309 | |

# Exhibit G

**Exhibit G**

Master Service List
Served via Fascimile

| Description | CreditorName | CreditorNoticeName | Fax |
|---|---|---|---|
| Top 50 Creditor | Comcast | Comcast Corporation | 215-981-7790 |
| Top 50 Creditor | Commscope Technologies LLC | Attn Director or Officer | 828-323-4849 |
| Top 50 Creditor and Official Committee of Unsecured Creditors | Crown Castle Fiber | Scott Callahan, Senior Manager of Credit & Collections | 978-264-6100 |
| Top 50 Creditor | Element - Fka PHH | Attn Director or Officer | 267-960-4001 |
| Top 50 Creditor | Fibertech Networks LLC | Attn:  Accounts Receivable | 585-442-8845 |
| Top 50 Creditor | Metaswitch Networks | Dba: Metaswitch Networks | 703-480-0499 |
| Top 50 Creditor | MP Nexlevel LLC | Attn Director or Officer | 320-963-2438 |
| New Mexico Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | 505-490-4883 |
| New York Attorney General | Office of the NY Attorney General | Attorney General | 212-416-6075 |
| Oklahoma Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | 405-521-6246 |
| Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | 717-787-8242 |
| Official Committee of Unsecured Creditors | Pension Benefit Guaranty Corporation | Thomas Taylor, Supervisory Financial Analyst | 202-326-4112 |
| Top 50 Creditor | Prodapt | N.A. Headquarters | 503-885-0850 |
| Secretary of the State | Secretary of State | Division of Corporations | 518-474-1418 |
| Secretary of the State | Secretary of State | | 212-417-2383 |
| South Carolina Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | 803-253-6283 |
| Top 50 Creditor | Tata Consultancy Services Limited | Janarthanan Angiya | 212-867-8652 |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | 512-475-2994 |
| Top 50 Creditor | Triple D Communications | Danny White | 859-885-9824 |
| Indenture Trustee to the 8.75%, 8.625%, 6 3/8%, 7.5%, and 7.75% Notes | U.S. Bank National Association | c/o US Bank Corporate Trust Services | 651-466-7430 |
| Top 50 Creditor | USIC Inc | Attn Director or Officer | 317-575-7881 |

In re Windstream Holdings, Inc., et al.
Case No. 19-22312 (RDD)                               Page 1 of 1